No. 315.   ROYAL INSURANCE CO., LTD., ET AL. *v.* EAST-HAM.   October 8, 1934.   Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied.   MR. JUSTICE ROBERTS took no part in the consideration or decision of this application.   *Messrs. Louis M. Denit* and *Leonard J. Ganse* for petitioners.   *Mr. Niel P. Sterne* for respondent.

No. 31.   BEKINS ET AL. *v.* PACIFIC SAVINGS & LOAN ASSN.   October 8, 1934.   Petition for writ of certiorari to the Supreme Court of Oregon denied.   *Mr. Arthur I. Moulton* for petitioners.   *Mr. Erskine Wood* for respondent.

No. 33.   CHESAPEAKE & OHIO RY. CO. *v.* MEARS, ADMINISTRATRIX.   October 8, 1934.   Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied.   *Messrs. David H. Leake* and *Wm. Leigh Williams* for petitioner.   *Mr. James Mann* for respondent.

No. 34.   CONTINENTAL NATIONAL BANK ET AL. *v.* NATIONAL CITY BANK OF NEW YORK.   October 8, 1934.   Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied.   *Messrs. Charles W. Collins* and *William C. Day* for petitioners.   *Mr. E. E. Bacon* for respondent.

No. 40.   MCLAUGHLIN & FREEMAN *v.* UNITED STATES.   October 8, 1934.   Petition for writ of certiorari to the United States Court of Customs and Patent Appeals denied.   *Messrs. Malcolm Donald* and *Joseph F. Lockett* for